**UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| LAUREN BABCHUK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO: 1:19-CV-4775 SEB-MJD |
| | ) |
| BARNES & THORNBURG, LLP., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice, each party to bear its own fees and costs. Being duly advised in the premise, the Court now dismisses this matter in its entirety, with prejudice, each party to bear its own fees and costs.

SO ORDERED.

Date: 11/30/2020

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Chris Wolcott
The Wolcott Law Firm LLC
Email:  indy2buck@hotmail.com

Attorney for Plaintiff

Anthony Prather
Thomas C Payne
BARNES & THORNBURG LLP
Tony.prater@btlaw.com
Thomas.payne@btlaw.com

Attorneys for Defendant